UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs<br><br>KATHLEEN CHAPIN-ASHCRAFT,<br><br>Defendants | **CASE NO. 6:11-MJ-159-MJS**<br><br>ORDER TO CONTINUE SURRENDER DATE |

IT IS HEREBY ORDERED that the Defendant's surrender date, presently set for August 21, 2013, is continued to October 1, 2013.

IT IS SO ORDERED.

Dated: August 15, 2013        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE