# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**KATHLEEN CHAPIN-ASHCRAFT**<br>(Defendant's Name) | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Modification of Probation or Supervised Probation)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **6:11MJ00159 -001 MJS**<br><br>ANDRAS FARKAS<br>Defendant's Attorney |

**Reason for Amendment:**

[ ]  Correction of Sentence on Remand (Fed R. Crim. P. 35(a))           [ ]  Modification of Supervision Conditions (18 U.S.C. §3563(c) or 3583(e))

[ ]  Reduction of Sentence for Changed Circumstances                    [ ]  Modification of Imposed Term of Imprisonment for Extraordinary and
     Compelling Reasons (18 U.S.C.§3582(c)(1))

[ ]  Correction of Sentence by Sentencing Court (Fed. R. Crim P. 35(c)) [ ]  Modification of Imposed Term of Imprisonment for Retroactive
     Amendment(s) to the Sentencing Guidelines (18 U.S.C.§3582(c)(2))

[X]  Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)  [ ]  Direct Motion to District Court Pursuant to

[ ]  28 U.S.C. §2255  correction: Forfeiture agreement on page 5

**THE DEFENDANT:**
[✔]  admitted guilt to violation of charge(s)  ONE  as alleged in the violation petition filed on  7/12/2013 .
[✔]  was found in violation of condition(s) of supervision as to charge(s) ONE  after denial of guilt, as alleged in the
     violation petition filed on 9/28/2012 .
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| ONE | FAILURE TO PARTICIPATE IN A PROGRAM OF DRUG TESTING (9/28/2012 PROBATION VIOLATION PETITION) | 9/4/2012 |
| ONE | FAILURE TO NOTIFY PHYSICIAN OF PRESCRIPTION MEDICATION RESTRICTIONS (7/12/2013 PROBATION VIOLATION PETITION) | 8/2/2012 - 4/9/2013 |

The court: [ ] revokes: [✔] modifies: [ ] continues under same conditions of supervision heretofore ordered on  7/31/2012 .

The defendant is sentenced as provided in pages 2 through  4  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]     Charge(s)  __  is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

|  |
|---|
| 10/30/2013 |
| Date of Imposition of Sentence |

|  |
|---|
| /s/  MICHAEL J. SENG |
| Signature of Judicial Officer |

|  |
|---|
| **MICHAEL J. SENG**, United States Magistrate Judge |
| Name & Title of Judicial Officer |

|  |
|---|
| 11/8/2013 |
| Date |

# PROBATION

The defendant's sentence of probation of 36 months, as originally ordered on 7/31/2012, will continue to 7/30/2015.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔]     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

[✔]     The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.), as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of her person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. As directed by the probation officer, the defendant shall participate in an outpatient correctional treatment program to obtain assistance for drug or alcohol abuse.

3. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if she has reverted to the use of drugs or alcohol.

4. As directed by the probation officer, the defendant shall participate in a program of outpatient mental health treatment.

5. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

6. The defendant shall not possess or use any prescription medications from any source other than from the California physician, properly licensed and designated by defendant (only one physician to be designated), who is advised of defendant's history of drug abuse, including multiple Driving Under the Influence of Alcohol convictions, and who is also made aware that defendant is on probation for these most recent offenses. Defendant is to provide written notice to the probation officer that only one physician has been designated. Defendant is also to provide written verification, signed by the designated prescribing physician, that such notice has been made. Defendant is further directed to waive confidentiality with the designated physician so that the probation officer can make inquiries of same.

7. The defendant shall not operate a motor vehicle without further notice of this Court.

8. As directed by the probation officer, the defendant shall successfully complete a minimum 90-day residential drug treatment program.

9. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

10. *Pursuant to 18 USC 3653(b) (10), the defendant shall serve 180 days in the custody of the Bureau of Prisons (with 27 days credit for time-served) with 60 days to be served immediately; upon the completion of custody, defendant to participate in a 90-day residential drug treatment program, as directed by the probation officer; the remainder of the 93 days are stayed and may be vacated upon successful completion of one year of probation. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 10:00 am on December 18, 2013.